UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware
3/12/2010

Tomas Morales, et. al

Plaintiff(s),

v.

American Electrical Services, Inc., et. al

Defendant(s).
_____/

CASE NO. CV-09-04669 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE) (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓  Private ADR *(please identify process and provider)*  private mediation

Plaintiffs Robles, Fonseca, Sandoval, Hernandez and Lojero, and Defendants met in mediation with the Honorable Harkjoon Paik (Ret.) on February 22, 2010 and resolved their claims.

The parties agree to hold the ADR session by:
   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

   ✓   other requested deadline   Further ADR is unnecessary.

Dated: March 1, 2010

Attorney for Plaintiff

Dated: March 1, 2010

Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- X  Private ADR

Deadline for ADR session
- X  90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: March 12, 2010

_____
UNITED STATES DISTRICT JUDGE

*Stamp: IT IS SO ORDERED AS MODIFIED — Judge James Ware, Northern District of California*