1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Tomas Morales, et al.,                      NO. C 09-04669 JW

11              Plaintiffs,                       **ORDER VACATING CASE
                                                  MANAGEMENT CONFERENCE;**
        v.                                        **SETTING HEARING ON ORDER TO**
12                                                **SHOW CAUSE RE: (1) DISMISSAL FOR**
     American Electrical Services Inc., et al.,   **FAILURE TO PROSECUTE AND (2)**
13                                                **SETTLEMENT**
              Defendants.
14   _____/

15          This case is scheduled for a Case Management Conference on March 22, 2010.  The parties

16   submitted a Joint Case Management Statement and Proposed Order.  (See Docket Item No. 21.)  In

17   their Statement, the parties informed the Court that all but two Plaintiffs reached a settlement with

18   Defendants in mediation on February 22, 2010.  (See id. at 2.)  The parties represent that the two

19   non-settling Plaintiffs—Tomas Morales and Jonhatan Maldonado—were not present at the

20   mediation and have been otherwise absent from the case.  (Id.)  Plaintiffs' counsel has moved to

21   withdraw from representation of the two absent Plaintiffs.  (See Docket Item No. 9.)

22          In light of the settlement, the Court VACATES all trial and pretrial dates[1] and ORDERS as

23   follows:

24          (1)      On or before **April 16, 2010**, the parties shall file a stipulated dismissal pursuant to

25                   Federal Rule of Civil Procedure 41(a).  If a dismissal is not filed by the specified

26                   date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District

27   _____

28          [1]  Accordingly, the Court DENIES as moot the parties' requests to appear telephonically.
     (See Docket Item Nos. 22, 23.)

Court, 280 South First Street, San Jose, Ca. on **April 26, 2010 at 9 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 16, 2010**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

(2)    The Court ORDERS Plaintiffs Morales and Maldonado to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, CA on **April 26, 2010 at 9:00 a.m.** and to show cause, if any, why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). On or before **April 16, 2010**, Plaintiffs Morales and Maldonado shall file a response to this Order setting forth the reason why the case should not be dismissed. Failure to file a response will be sufficient for the Court to dismiss this action as these non-settling Plaintiffs.

(3)    In the interest of judicial economy, the Court advances the hearing date for the pending Motion to Withdraw from June 17, 2010 to **April 26, 2010 at 9 a.m.**

Dated:  March 17, 2010

_____
JAMES WARE
United States District Judge

2

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Bernard James Fitzpatrick bjfitzpatrick@fandslegal.com
    Charles Swanston cswanston@fandslegal.com
3   Christopher Edward Panetta Cpanetta@fentonkeller.com
    Gary J Clifford gary@polarislawgroup.com

4

5
    **Dated:  March 17, 2010**                          **Richard W. Wieking, Clerk**
6

7                                                        **By:____/s/ JW Chambers_____**
                                                            **Elizabeth Garcia**
8                                                           **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California