33230.30674

CHRISTOPHER E. PANETTA (Bar No. 175127)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942
Telephone:   831-373-1241
Facsimile:   831-373-7219
Email: cpanetta@fentonkeller.com

Attorneys for Plaintiffs
TOMAS MORALES; JULIO ROBLES;
JONHATAN MALDONADO; FELIPE FONSECA;
GIOVANNI SANDOVAL; LUIS E. HERNANDEZ;
and ARTURO LOJERO ROBLES

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOMAS MORALES; JULIO ROBLES; JONHATAN MALDONADO; FELIPE FONSECA; GIOVANNI SANDOVAL; LUIS E. HERNANDEZ; and ARTURO LOJERO ROBLES,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ELECTRICAL SERVICES, INC., a California Corporation; AES SECURITY, INC., a California Corporation; and IGNACIO VELAZQUEZ, individually and doing business as AMERICAN ELECTRICAL SERVICES, INC. and AES SECURITY, INC., and Does 1 through 20, inclusive,<br><br>Defendant. | CASE NO. C09-04669 JW<br><br>**STIPULATION RE DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS JULIO ROBLES, FELIPE FONSECA, GIOVANNI SANDOVAL, LUIS E. HERNANDEZ, AND ARTURO LOJERO ROBLES; [PROPOSED] ORDER THEREON** |

Plaintiffs Julio Robles, Felipe Fonseca, Giovanni Sandoval, Luis E. Hernandez and Arturo Lojero Robles and Defendants American Electrical Services, Inc., AES Security, Inc. and Ignacio Velazquez (together "Defendants"), by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of Plaintiffs Julio Robles, Felipe Fonseca, Giovanni Sandoval, Luis E. Hernandez and Arturo Lojero Robles and the dismissal and waiver of Plaintiffs

H:\Documents\bbc.1gfy9wx.doc                          1
Stipulation Re Dismissal With Prejudice As To Plaintiffs; Proposed Order Thereon
CASE NO. C09-04669 JW

1 | Julio Robles, Felipe Fonseca, Giovanni Sandoval, Luis E. Hernandez and Arturo Lojero Robles's
2 | claims against Defendants pursuant to FRCP 41(a)(1).

3 |     IT IS SO STIPULATED

4 | Dated: ~~March~~ April 9, 2010      FENTON & KELLER

6 | By: _____
7 | Christopher E. Panetta
    Attorneys for Plaintiffs

9 | Dated: March 31, 2010      THE POLARIS LAW GROUP

11 | By: _____
    Gary J. Clifford
    Attorneys for Defendants
    AMERICAN ELECTRICAL SERVICES,
    INC., AES SECURITY, INC. AND
    IGNACIO VELAZQUEZ

17 |     IT IS SO ORDERED.   The Clerk shall close this file.

19 | Dated:  April 20, 2010      _____
    JAMES WARE
    United States District Judge